UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date___January 13, 2016_____ Judge __**Noelle C. Collins**___ Case No.__4:15cr00354 SNLJ_____

**UNITED STATES OF AMERICA** v. ____Steven Blakeney_____

**Court Reporter** FTR_____ Deputy Clerk ___B. Porter_____

Assistant United States Attorney(s) _____Reginald Harris & Jennifer Winfield_____

Attorney(s) for Defendant(s) _____Clinton Wright_____

Interpreter _____N/A_____ □ **SEALED PROCEEDING**

**Proceedings:**

□ Initial Appearance                  □ Detention Hearing              □ Preliminary Revocation
□ Arraignment                        □ Bond Review                         □ Probation
□ Preliminary Examination        □ Bond Execution/Appearance Bond         □ Supervised Release
□ Motion Hearing                    □ In Court Hrg (WAIVER OF MOTIONS)   □ Competency
  □ Evidentiary Hearing            □ Change of Plea/Sentencing       □ Pretrial/Status Conference
  □ Oral Argument/Non Evidentiary Hearing   □ Rule 5(c)(3)Removal (Identity)   □ Material Witness

Parties present for hearing on _Frye Hearing. The defendant is sworn. The government provides details of an offer in exchange for a guilty plea. The offer expires today, January 13, 2016, at the close of business. The defendant advises that he is aware of the offer and will reject it. The case is scheduled for a telephone conference before U.S. District Judge Stephen N. Limbaugh, Jr. on January 22, 2016 at 10:00 AM, a pretrial conference on January 25, 2016 @ 11:00 AM and the jury trial shall commence on January 25, 2016 at 1:30 PM._

□ Oral Motion for appointment of counsel (GRANTED)   □ Defendant is advised of rights/indicates understanding of those rights.

□ Bail/Bond set in the amount of: $ _____   □ Secured Appearance Bond   □ Secured by 10%

          □ Secured by cash only   □ Secured by property   □ Unsecured bond      □ O/R bond

□ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @

□ Preliminary examination set for _____ @ _____

□ Defendant arraigned   □ Waives reading of indictment/information      □ Matter taken under advisement

□ Plea entered _Not Guilty_____      Order on pretrial motions:   □ issued   □ to issue

□ Oral Motion for Suppression     □ Motion for Extension of Time to File Pretrial Motions (GRANTED).  IT IS HEREBY ORDERED
                                  that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is
                                  excluded from computation of the time for speedy trial.

□ Defendant waives _____   □ order to issue      □ oral ruling

□ Defendant waives evidentiary hearing      □ By leave of court withdraws all pretrial motions

Trial date/time _____   Before U.S. District Judge _____

      □ Remanded to **CUSTODY**   ☑ Released on **BOND**

Next hearing date/time _____ Type of hearing _____ Before Judge _____

Proceeding commenced ___11:04 AM_____   Proceeding concluded _____11:13 AM_____ Continued to _____
□ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
□ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.