IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15 CR 354 SNLJ |
| ) | |
| STEVEN BLAKENEY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW PREVIOUSLY FILED MOTION

Comes now Diane L. Dragan, Assistant Federal Public Defender, and prays the Court grant leave to withdraw her previously filed sealed Sentencing Memorandum of July 26, 2016 (Doc. #115).

Respectfully submitted,

/s/Diane L. Dragan
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Diane_Draga@fd.org
Attorney for Defendant Blakeney

## **CERTIFICATE OF SERVICE**

I hereby certify that on 8/2/2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

/s/ Diane L. Dragan