UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15-CR-354-SNLJ ) |
| STEVEN BLAKENEY, | ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE RESPONSE UNDER SEAL

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Reginald L. Harris, Assistant United States Attorney for said District, and requests leave to file its Response to Defendant's Amended Sentencing Memorandum under seal.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/Reginald L. Harris*
REGINALD L. HARRIS, #48939MO
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

*/s/Reginald L. Harris*
REGINALD L. HARRIS, #48939MO
Assistant United States Attorney