IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15 CR 354 SNLJ |
| | ) |
| STEVEN BLAKENEY, | ) |
| | ) |
| Defendant. | ) |

### THE FEDERAL PUBLIC DEFENDER'S MOTION TO WITHDRAW AS BLAKENEY'S ATTORNEY AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL

The Federal Public Defender, through Assistant Federal Public Defender Diane Dragan, moves to withdraw as appointed attorney for Defendant Blakeney and for appointment of substitute counsel. In support of this motion he states:

1. Counsel learned this week of a conflict between the Office of the Federal Public Defender and Mr. Blakeney. The conflict necessitates the withdrawal of the Federal Public Defender's office from the case.

2. Mr. Blakeney remains eligible for appointment of counsel and requests counsel be appointed from the CJA panel to assist him both in his upcoming sentencing and the direct appeal of his case.

WHEREFORE, the Federal Public Defender respectfully requests that the Court permit them to withdraw as Blakeney's attorney and appoint substitute counsel.

Dated August 17, 2016.

Respectfully submitted,


/s/Diane L. Dragan
DIANE L. DRAGAN
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Diane_Dragan@fd.org

Attorney for Defendant Blakeney


**CERTIFICATE OF SERVICE**


I hereby certify that on August 17, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Reginald Harris and Jennifer Winfield, Assistant United States Attorneys.


/s/Diane L. Dragan
DIANE L. DRAGAN
Assistant Federal Public Defender