UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
|     Plaintiff,    ) | |
| ) | Cause No. 4:15CR00354 SNLJ |
| v.    ) | |
| ) | |
| STEVEN BLAKENEY,    ) | |
| ) | |
|     Defendant.    ) | |

## DEFENDANT'S SUPPLEMENTAL OBJECTIONS TO THE AMENDED PRE-SENTENCE REPORT FILED ON SEPTEMBER 30, 2016

COMES NOW Defendant, by and through appointed counsel, pursuant to Rule 32(b)(6)(B) of the Federal Rules of Criminal Procedure, and without withdrawing and/or foregoing his previously filed objections to the Presentence Report, hereby states the following supplemental objection(s) to the Amended Final Presentence Report filed on September 30, 2016:

1.     Defendant objects to page 7, paragraph 32 wherein it states under the heading "Other Criminal Conduct" that a <u>civil</u> case was filed against Defendant <u>after</u> the jury returned a guilty verdict in the instant criminal case. Defendant would state that this civil case is meritless and he will defend it vigorously. There are absolutely no medical reports or any other credible evidence presented through the discovery process that shows that these civil Plaintiffs were ever drugged. The PSR Writer lists several defaming allegations presented in the civil complaint that are nothing more than unfounded rumors and conjecture.

Defendant anticipates that the PSR Writer will respond in ordinary course that it is the position of the probation office that the PSR is correct and that this paragraph accurately reflects a pending civil suit the defendant is currently facing. The PSR Writer does state that there have been

no criminal charges filed pursuant to the allegations in the afore-referenced civil case. However, it should not be the normal practice of the Probation Office to list said *civil* case under this particular heading. There has not been a prosecuting attorneys' office in the Eastern District of Missouri who has deemed that there is even enough *probable cause* to issue criminal charges in this matter. The inclusion of this material in a PSR serves no other purpose but to prejudice Defendant's rights and unnecessarily defame him.

        Respectfully submitted,

        FRANK, JUENGEL & RADEFELD,
        ATTORNEYS AT LAW, P.C.

By */s/ Matthew A. Radefeld*
    MATTHEW A. RADEFELD (#52288MO)
    Attorney for Defendant
    7710 Carondelet Ave., Suite 350
    Clayton, Missouri 63105
    (314) 725-7777

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Mr. Reginald L. Harris
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

        *s/ Matthew A. Radefeld*
        MATTHEW A. RADEFELD